# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH BA LUC,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　　　　Respondents. | Civil No.　08-0743 DMS (WMc)<br><br>**ORDER GRANTING APPLICATION**<br>**TO PROCEED IN FORMA PAUPERIS** |

　　Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis which reflects that he has no funds in his trust account at the facility in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

　　**IT IS SO ORDERED.**

DATED: April 28, 2008

_____
HON. DANA M. SABRAW
United States District Judge